UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES K. MITCHELL, )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:10-CV-579-FL
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 8, 2011, that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for additional proceedings.

**This Judgment Filed and Entered on July 11, 2011, and Copies To:**

Anthony W. Bartels (via CM/ECF Notice of Electronic Filing)
Robert J. McAfee (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


July 11, 2011                      DENNIS P. IAVARONE, CLERK
                                      /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk